UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**          :

**v.**                                :   NO. 3:02CR 7 (JBA)

**SANTIAGO FELICIANO**                :

SENTENCING SCHEDULING ORDER

**1.**     Defendant shall appear for sentencing on **Tuesday December 6, 2005 at 3:00 p.m.** at Courtroom No. 2 at the United States Courthouse, 141 Church St., New Haven, Connecticut.

**2.**     The Presentence Report shall be disclosed to the defendant, counsel for defendant, and the government by no later than **October 28, 2005**.  Any objections or comments shall be communicated to the probation officer on or before **November 10, 2005**.  The final version of the Presentence Reports must be disclosed to counsel and to the court by no later than **November 18, 2005.**

**3.**     Memoranda in aid of sentencing shall be filed no later than **November 22, 2005**, any replies must be filed no later than **November 28, 2005.**

                                        IT IS SO ORDERED.

                                        _____/s/_____
                                        Janet Bond Arterton
                                        United States District Judge

**Dated at New Haven, Connecticut: August 31, 2005**