UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:02 CR7(JBA) |
| V. | DECEMBER 2, 2005 |
| SANTIAGO FELICIANO | |

## MOTION TO CONTINUE SENTENCE

The Defendant Santiago Feliciano herby moves to continue the sentencing proceeding, now scheduled for December 6, 2005, to a date at the end of January. In support of this motion, the undersigned attorney represents the following:

1. Santiago Feliciano is awaiting sentence after pleading guilty to the offense of Conspiracy to Commit Murder for Hire in violation of 18 U.S.C. § 1958.

2. In preparation for the sentencing proceeding, the undersigned attorney has been meeting with Mr. Santiago regularly, most recently on December 1, 2005. Substantial additional time is necessary, however, to prepare Mr. Santiago for the sentencing hearing, both in terms of his own participation in the hearing and his understanding of the proceedings.

3. The undersigned attorney is scheduled to begin trial in the matter of *USA v. Luna, et al.*, 3:05cr0058(SRU) with jury selection on January 6, 2005 and evidence commencing on January 12th. That case may resolve, but it has not as yet. The

undersigned attorney also has a short vacation planned for January 25th through January 29th.

4. For the foregoing reasons, defendant requests that the sentence be rescheduled to January 30, 2006 or a date thereafter.

5. The undersigned attorney has conferred with Assistant United States Attorney David Ring regarding this request for continuance. Mr. Ring has no objection to the request.

WHEREFORE, defendant respectfully requests that the Court continue the sentencing hearing to January 30, 2006 or a date thereafter.

DEFENDANT SANTIAGO FELICIANO

By _____
Dan E. LaBelle
HALLORAN & SAGE LLP
Fed. Bar #ct 01984
315 Post Road West
Westport, CT 06880
(203) 227-2855
labelle@halloran-sage.com

## CERTIFICATION

This is to certify that on this 2nd day of December, 2005, a copy of the foregoing Motion to Continue Sentence was mailed, first class postage pre-paid, to the following counsel of record:

David A. Ring, Esq.
Assistant United States Attorney
157 Church Street
New Haven, CT  06510

Noah Lipman, Esq.
11 Broadway, Room 967
New York, NY 10004

                                            Dan E. LaBelle

761532v 1