UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA** :

**v.** : NO. 3:02CR7(JBA)

**SANTIAGO FELICIANO** :

SENTENCING SCHEDULING ORDER

      Defendant's Motion to Continue sentence is GRANTED. Sentencing is rescheduled to **February 7. 2006 at 9:30 A.M**. Counsel shall file any additional sentencing memoranda by **January 31, 2006.**

                             IT IS SO ORDERED.


                            _____/s/_____
                            Janet Bond Arterton
                            United States District Judge

**Dated at New Haven, Connecticut: December 16, 2005.**