UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA   :
                                           CASE NO.   3:02 CR7 (JBA)
V.                         :

SANTIAGO FELICIANO         :       FEBRUARY 6, 2006

**DEFENDANT'S SUPPLEMENTAL SENTENCING SUBMISSION**

Defendant Santiago Feliciano hereby submits the following additional documents for the Court's consideration at the time of sentencing:

1, Correspondence from Elizabeth Quiles dated January 22, 2006

2. Inmate Performance Evaluation Forms (two) dated February 3, 2006 and February 6, 2006.

3. Report of Madelon Baranoski, Ph.D. dated February 6, 2006 (to be filed on February 7, 2006).

THE DEFENDANT
SANTIAGO FELICIANO

By_____
Dan E. LaBelle of
HALLORAN & SAGE  LLP
Fed. Bar #ct 01984
315 Post Road West
Westport, CT  06880
(203) 227-2855

## CERTIFICATION

    This is to certify that on this 6thday of February, 2006, a copy of the foregoing Motion to Continue Sentence was mailed, first class postage pre-paid, and sent via facsimile to the following counsel of record:

David A. Ring, Esq
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 773-5376

Noah Lipman, Esq.
11 Broadway, Room 967
New York, NY 10004

_____
Dan E. LaBelle

January 22, 2006

Honorable judge:

My name is Elizabeth Quiles, Santiago Feliciano's common-in-law wife of 17 years. Santiago and I met in 1988 and since that time we have been together. Santiago was 19 years old, a teenager who accepted me with already 2 children of ages 4 and 5. At this time my children consider him their dad, because he has been there with me when they got sick, when they went to sleep, Santiago always made sure they had clothes on their backs he's been there on their birthdays, Christmas, for everything. He also always made sure that they did well in school. Santiago left school to help me raise my 2 children which he and his family accepted into the family. Santiago, as young as he was, went to work to provide for his already made family.

After the blessing birth of our first child. Santiago's dad past away and that was a difficult time. Santiago's dad was his best friend. Santiago looked up to him.

Santiago for me means the world, he's my best friend, he's a great father to our children, and he's a great son, and a great brother. Santiago is a person who has a good heart. He made sure everyone was together and doing good. He is a very supportive and loving husband. I know that he wants the best for his family.

Santiago is a person that when we had our second child and our son was diagnosed with a disease called (macrocephaly secondary to leukodrystrophy) at the age of 6 months old, the doctor said to us there is nothing that they could do for our child, it was hard to take. Santiago's words to the doctors were "can you take my brain and give it to my son" and they looked down and said to him "no" we can't do that. This is the kind of person he is, truly a compassionate and responsible person. Santiago adores his family.

Now we have our little girl that he adores and she adores him, he lives for his children. His children as for myself love and miss him very much. And although everything that he has been through he's been their to keep us focused. Santiago, for my children and myself, is the world. We need and love him very much.

He has always been there for me when I needed him. When I needed someone to talk to. This has been really hard for my children and myself.

We all and especially Santiago realized that he made a bad choice. But Santiago is not a bad person. He has demonstrated it by behaving, by going to church, getting his G.E.D. a He also received many of certificates. I am proud of everything he has achieved. I believe that he should get a second chance so he and I can be able to raise our children to be better people. I ask you to please give him a chance, so that together we can see our children grow.

Sincerely,

Elizabeth Quiles

# Inmate Performance Evaluation Form
## Connecticut Department of Correction

CN 100101
6/26/02

Inmate name: Feliciano, Santiago
Inmate no.: 298369
Facility: CRCC - Corrigan
Date: 2-3-06
Assignment Title: 1st Shift tierman
Evaluation Period: 1 month

| Criteria | Poor | Fair | Good | Excellent |
|---|---|---|---|---|
| Attendance | ☐ | ☐ | ☐ | ☑ |
| Initiative | ☐ | ☐ | ☐ | ☑ |
| Productivity | ☐ | ☐ | ☐ | ☑ |
| Attitude | ☐ | ☐ | ☐ | ☑ |
| Overall | ☐ | ☐ | ☐ | ☑ |

**Comments and Recommendations**

Inmate Feliciano has worked for me for 1 month. He never has to be told what to do. He automatically does his job as well as extra. He never needs direction. He gets along well with his peers. He is very respectful and polite with staff.

Inmate signature:
Supervisor signature: A. Roper   Title: C.C.
Reviewer signature:              Title:

# Inmate Performance Evaluation Form
## Connecticut Department of Correction

CN 100101
6/26/02

| Field | Value |
|---|---|
| Inmate name | Santiago, Feliciano |
| Inmate no. | 298369 |
| Facility | Corrigan CI |
| Date | 2/6/06 |
| Assignment Title | SCH/Tierman |
| Evaluation Period | 3/05 to 2/06 |

| Criteria | Poor | Fair | Good | Excellent |
|---|---|---|---|---|
| Attendance | ☐ | ☐ | ☐ | ☑ |
| Initiative | ☐ | ☐ | ☐ | ☑ |
| Productivity | ☐ | ☐ | ☐ | ☑ |
| Attitude | ☐ | ☐ | ☐ | ☑ |
| Overall | ☐ | ☐ | ☐ | ☑ |

**Comments and Recommendations:** Mr. Feliciano is quite and respectful towards staff. Mr. Feliciano was in school for 11 months and always went to school. Mr. Feliciano is now a first shift tierman and do anything asked of him.

Inmate signature:

Supervisor signature: [signed]    Title: C/O

Reviewer signature:    Title: