UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIM. NO.3:02CR007(JBA) |
| | : | |
| v. | : | |
| | : | |
| SANTIAGO FELICIANO | : | |
| aka "Jay" and "Fat Jay" | : | FEBRUARY 21, 2006 |

GOVERNMENT'S MOTION TO DISMISS

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves to dismiss all remaining counts, as they pertain to the defendant Santiago Feliciano.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/
DAVID A. RING
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700
FEDERAL BAR NO. ct14362
David.Ring@usdoj.gov

CERTIFICATION

      This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid this 21ST day of February, 2006 to:

Noah Lipman, Esq.
Law Offices
11 Broadway, Suite 967
New York, New York  10004

Dan LaBelle, Esq.
Halloran and Sage
15 Post Road West
Westport, Connecticut 06880


                                                   _____/s/_____
                                                 DAVID A. RING
                                                 ASSISTANT UNITED STATES ATTORNEY