**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | :    **CASE NO. 3:02cr 7 (JBA)** |
| **SANTIAGO FELICIANO** | : |

**ENDORSEMENT ORDER [DOC. #1423]**

     Government's motion to dismiss all remaining counts as to Santiago Feliciano is GRANTED.

                         IT IS SO ORDERED.

                         ____/s/_____
                         Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: February 24, 2006