Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
### United States District Court

_____ District of Connecticut

United States of America
v.
Santiago Feliciano

Docket No.: 3:02CR0007 (JBA)

Hon. Janet Bond Arterton
(District Court Judge)

Notice is hereby given that __Santiago Feliciano__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ✓ ], other [ ___ ] _____
(specify)

entered in this action on __February 17, 2006__
(date)

Offense occurred after November 1, 1987    Yes [ X ]    No [ ___ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ X ]    Conviction and Sentence [ ___ ]

Date __March 2, 2006__
TO
AUSA David Ring
US Attorney's Office
New Haven, CT

__Dan E. LaBelle__
(Counsel for Appellant)

Address __Halloran & Sage LLP__
__315 Post Road West__
__Westport CT 06880__

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: (203) 227-2855

---

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ X ] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings<br>[ ___ ] Trial<br>[ X ] Sentencing February 7, 2006<br>[ ___ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [ ___ ]    Funds [ ___ ]    CJA Form 24 [ X ]

ATTORNEY'S SIGNATURE _____    DATE __March 2, 2006__

---

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

### DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05