UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    :

V.                          :    CASE NO.   3:02 CR7 (JBA)

SANTIAGO FELICIANO          :    APRIL 27, 2006

## MOTION TO INCUR CJA EXPENSES *NUNC PRO TUNC*

Pursuant to the provisions of the Criminal Justice Act, the Defendant, Santiago Feliciano hereby requests permission and approval to incur expenses to retain a psychologist as a defense consultant in aid of sentencing. In support of this motion, the undersigned represents the following:

1.   I am Court assigned counsel for the defendant in connection with this matter.

2.   Following his guilty plea, the defendant was sentenced on February 7, 2006.

3.   In preparation for and in connection with the sentence, defense counsel retained a psychologist consultant, Madelon Baranoski, PhD. Dr. Baranoski performed a psychological evaluation of the defendant and prepared a report which was submitted to the Court as part of the defendant's sentencing submissions. Dr. Baranoski also testified at the sentencing hearing on February 7, 2006.

4.   Dr. Baranoski charged for her professional services as indicated on the attached CJA31 form and the annexed billing statement.

- 1 -

5. The professional services of Dr. Baranoski were necessary to the defense preparation for the sentencing proceedings in this matter. Dr. Baranoski's report and testimony at the time of sentencing were also of assistance to the Court in its sentencing decision.

WHEREFORE, defendant respectfully requests that the Court, *nunc pro tunc*, approve the expenses incurred for Dr. Baranoski's services and authorize payment of the annexed CJA Voucher.

THE DEFENDANT<br>
SANTIAGO FELICIANO<br><br>

By_____<br>
Dan E. LaBelle of<br>
HALLORAN & SAGE  LLP<br>
Fed. Bar #ct 01984<br>
315 Post Road West<br>
Westport, CT  06880<br>
(203) 227-2855

## CERTIFICATION

This is to certify that on this 25th day of April, 2006, a copy of the foregoing Motion to Incur CJA Expenses *Nunc Pro Tunc* was mailed, first class postage pre-paid, to the following counsel of record:

David A. Ring
Assistant U.S. Attorney
Abraham A. Ribicoff Federal Building
450 Main Street, Room 328
Hartford, CT 06103

Noah Lipman, Esq.
11 Broadway, Room 967
New York, NY 10004

_____
Dan E. LaBelle