**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : **CASE NO. 3:02cr7 (JBA)** |
| **SANTIAGO FELICIANO** | : |

**ENDORSEMENT ORDER [#1433]**

Defendant's motion to incur CJA expenses *Nunc pro Tunc* is GRANTED.

IT IS SO ORDERED

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: May 12, 2006