UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA  :
                                          CASE NO.   3:02 CR7 (JBA)
V.                                   :

SANTIAGO FELICIANO          :        JUNE 10, 2006

## MOTION TO UNSEAL TRANSCRIPT

Defendant Santiago Feliciano hereby moves for an order unsealing the

transcript of proceedings held on October 17, 2002 (Doc. 284).  In support of this

motion, the undersigned attorney represents the following:

1.        On or about February 7, 2006 the defendant was sentenced to a term of

twelve (12) years imprisonment following his guilty plea.  The defendant is

appealing the sentence and the undersigned attorney is preparing the appeal.

2.        In order to fully examine the record with respect to potential issues to be

raised on appeal, it is necessary that defense counsel review the transcript of

both the plea proceedings and the sentencing proceedings.  A transcript of the

sentencing proceeding has been obtained as has a transcript of a portion of the

plea proceedings.  Another portion of the plea proceedings were conducted *in

camera,* however, and the transcript pertaining to that portion of the proceedings

is currently under seal (Doc. 283).

3.        Upon information and belief, transcript under seal is a transcription of that

portion of the plea allocution which related to the defendant's cooperation

agreement with the Government.  Subsequent to the time of the plea, the

defendant testified in a number of public trials at which his cooperation agreement was the subject of public testimony. There is therefore no longer any need to keep the transcript under seal and the unsealing of the transcript is necessary in order to properly prepare the appeal.

WHEREFORE, defendant respectfully requests that the Court issue an appropriate order unsealing the transcript of the plea proceedings held on October 17, 2002 (Doc. 283) and that the Court grant such other and further relief as the Court deems appropriate.

THE DEFENDANT
SANTIAGO FELICIANO

By_____
Dan E. LaBelle of
HALLORAN & SAGE LLP
Fed. Bar #ct 01984
315 Post Road West
Westport, CT 06880
(203) 227-2855

- 3 -

## CERTIFICATION

This is to certify that on this 20th day of June, 2006, a copy of the foregoing Motion to Unseal Transcript was mailed, first class postage pre-paid, to the following counsel of record:

David A. Ring
Assistant U.S. Attorney
Abraham A. Ribicoff Federal Building
450 Main Street, Room 328
Hartford, CT 06103

_____
Dan E. LaBelle

845833

- 3 -