**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : **CASE NO. 3:02cr 7 (JBA)** |
| **SANTIAGO FELICIANO** | : |

**ENDORSEMENT ORDER [DOC. #1437]**

Defendant's Motion to unseal transcript is GRANTED.   The Clerk's Office is directed to unseal the transcript of the proceeding held on 10/17/02 [Doc.#283].

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   June 28,2006